O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIROUNIKA GARAGOSSIAN, | Case No. 5:26-cv-00904-ODW-KES |
| Petitioner, | |
| v. | ORDER ACCEPTING REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE |
| ERNESTO SANTACRUZ, et al., | |
| Respondents. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition (Dkt. 1), the other records on file herein, and the Report and Recommendation of the U.S. Magistrate Judge (Dkt. 12). No objections to the Report and Recommendation were filed, and the deadline for filing such objections has passed.[1] The Court accepts the report, findings, and recommendations of the Magistrate Judge.

IT IS THEREFORE ORDERED that:

1. Respondents shall immediately release Petitioner from custody;

2. Judgment shall be entered (a) granting Petitioner's claim under

---

[1] On March 17, 2026, Petitioner filed a notice asking the District Judge to accept the Report and Recommendation. (Dkt. 14.)

Zadvydas v. Davis, 533 U.S. 678 (2001), and (b) dismissing the other claims as moot; and

3.    Respondents shall file a status report within seven (7) days confirming that they have released Petitioner.

DATED:  March 18, 2026

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE

2