JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

FIROUNIKA GARAGOSSIAN,

Petitioner,

v.

ERNESTO SANTACRUZ, et al.,

Respondents.

Case No. 5:26-cv-00904-ODW-KES

**JUDGMENT**

Pursuant to the Court's Order Accepting Report and Recommendation of U.S. Magistrate Judge, IT IS ADJUDGED that Petitioner's claim under Zadvydas v. Davis, 533 U.S. 678 (2001) is granted and Petitioner's other claims are dismissed as moot.

DATED: March 18, 2026

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE